Monte J. White and Associates
Monte J. White
American State Building
402 Cypress, Suite 310
Abilene, TX 79601
(325)673-6699
(325)672-9227 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: § | |
| Kenneth Karl Hobbie | § Case No. 11-10178-RLJ-13 |
| | § |
| DEBTOR | § |

DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM
AUTOMATIC STAY OF CitiMortgage, Inc.

TO THE HONORABLE JUDGE OF SAID COURT:

　　Comes now Debtor in the above-titled cause and files this Response to Motion for Relief from Automatic Stay.

　　On October 1, 2013, Attorney for CitiMortgage, Inc., McCarthy, Holthus & Ackerman, LLP, filed a Motion for Relief from Automatic Stay, in response thereto, Debtor would show the following:

1. ADMIT
2. ADMIT
3. ADMIT
4. ADMIT
5. ADMIT
6. ADMIT
7. DENY
8. DENY
9. DENY
10. DENY
11. DENY
12. DENY

　　WHEREFORE, PREMISES CONSIDERED, Debtor prays that motion be denied in all respects, that the Court award reasonable and necessary attorney fees for the defense of this Motion and for such other and further relief to which they may be entitled.

                                              Respectfully submitted,

                                              /s/Monte J. White
                                              Attorney for Debtor

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Response to Motions for Relief from Stay was served by ECF and/or mailed on October 2, 2013, to the following as indicated:

                                              /s/Monte J. White
                                              Attorney for Debtor

| | |
|---|---|
| Movant: | CitiMortgage, Inc.<br>3415 Vision Drive<br>Columbus, OH 43219 |
| Attorney for Movant: | McCarthy, Holthus & Ackerman, LLP<br>P.O. Box 866668<br>Plano, Texas 75075 |
| Trustee: | Chapter 13 Trustee<br>Walter O'Cheskey<br>6308 Iola Ave.<br>Lubbock, TX  79424<br><br>U.S. Trustee<br>William T. Neary<br>1100 Commerce Street, Room 9-C-60<br>Dallas, TX 75242 |
| Debtor: | Kenneth Karl Hobbie<br>P.O. Box 211<br>Eagle, NE 68347 |